IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAY YOUNG, WILLIE YOUNG, et al.,<br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, ILLINOIS, et al.,<br>Defendants. | )<br>)<br>)  08CV426<br>)  JUDGE GETTLEMAN<br>)  MAGISTRATE JUDGE COX<br>)<br>) |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO: Amand L. Andry
One South Dearborn
Suite 2100
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court a **NOTICE OF REMOVAL**, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING and NOTICE OF REMOVAL** to be sent via mail to the person in the foregoing Notice at the address therein shown, on this 18th day of January 2008.

**DATED** at Chicago, Illinois, this 18th day of January 2008.

                                                      Respectfully submitted,
                                                      MARA S. GEORGES
                                                      Corporation Counsel for the City of Chicago

                               BY: _____
                                    DAVID J. SEERY
                                    Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1610
Chicago, IL 60602
(312) 742-3541
Attorney No. 90909

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAY YOUNG, WILLIE YOUNG, et al., <br> Plaintiffs, | ) <br> ) <br> ) |
| v. | ) 08CV426 <br> ) JUDGE GETTLEMAN <br> ) MAGISTRATE JUDGE COX |
| CITY OF CHICAGO, Illinois, et al., <br> Defendants. | ) <br> ) |

KC FILED
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF REMOVAL

Defendant City of Chicago, Illinois ("City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully removes the above-entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), on the following grounds:

1. Plaintiff's filed a civil action on or about November 26, 2007, in the Circuit Court of Cook County of the State of Illinois, Case Number 07 L 13218, entitled <u>CLAY YOUNG, WILLIE YOUNG, OLIVIA YOUNG, Individually and as Mother and Next Friend of BIANCA YOUNG, KATARINA YOUNG, as Mother and Next Friend of KATHERINE YOUNG, ALICIA YOUNG, DERRICK McKINLEY, and TOMMY JACKSON, minors, and MONTRELL YOUNG v. CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR #13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY STAR# 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244 And CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS</u>. See complaint attached hereto as Exhibit A.

2. As of the date of this filing, by information and belief, none of the named individual defendants has been served with the summons and complaint in this suit. Therefore,

the City have been unable to obtain the consent of any of the individual defendants to remove this case.

3. Plaintiffs allege that defendants violated their Fourth Amendment Rights under the United States Constitution and assert a cause of action under 42 U.S.C. § 1983.

4. It appears from the face of the Complaint that this is a civil rights action which arises under the United States Constitution and involves a federal question. Defendants are therefore entitled to remove this action to this Court, pursuant to 28 U.S.C. §1441(b) and (c).

WHEREFORE, defendant City of Chicago respectfully requests that the above-entitled action, which is now pending in the Circuit Court of Cook County in the State of Illinois, Case Number 07 L 13218, be removed to the United States District Court, Northern District of Illinois.

Respectfully submitted,<br>
MARA S. GEORGES<br>
Corporation Counsel for the City of Chicago

BY: _____
DAVID J. SEERY
Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9210
Attorney No. 06190904

2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT LAW DIVISION

| | |
|---|---|
| CLAY YOUNG, WILLIE YOUNG, OLIVIA YOUNG, Individually and as Mother and Next Friend of BIANCA YOUNG, KATARINA YOUNG, as Mother and Next Friend of KATHERINE YOUNG, ALICIA YOUNG, DERRICK McKINLEY, and TOMMY JACKSON, minors, and MONTRELL YOUNG, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, And CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) No. _____ ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) JURY DEMANDED |

## COMPLAINT

NOW COME THE PLAINTIFFS, CLAY YOUNG, WILLIE YOUNG, OLIVIA YOUNG, Individually and as Mother and Next Friend of BIANCA YOUNG, KATARINA YOUNG, as Mother and Next Friend of KATHERINE YOUNG, ALICIA YOUNG, DERRICK McKINLEY, and TOMMY JACKSON, minors, and MONTRELL YOUNG, through their attorney, Armand L. Andry, complaining against the Defendants, THE CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, AND CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, would

1

state the following:

1. This is an action by Citizens of the United States and residents of the City of Chicago, Illinois. This action arises under the **Civil Rights Act of 1871**, as amended, 42 U.S.C. § 1983 and under the Illinois State Constitution and State laws.

## PARTIES

2. Plaintiffs CLAY YOUNG, WILLIE YOUNG, OLIVIA YOUNG, KATHERINE YOUNG, ALICIA YOUNG, BIANCA YOUNG, MONTRELL YOUNG, DERRICK McKINLEY, and TOMMY JACKSON, are African American citizens of the United States and a resident of the City of Chicago, County of Cook, State of Illinois.

3. Defendant CITY OF CHICAGO, ILLINOIS, is a municipal corporation under the laws of the State of Illinois and the employer of Defendants CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, and at all times relevant to this complaint were responsible for supervising and determining the policies directing the actions of the Police officer Defendants.

4. Defendant CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, is a police officer of the City of Chicago who participated in the events referred to in this complaint below.

5. CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088,

2

CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244,

6. Defendants CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, are Caucasian police officers of the Defendant CITY OF CHICAGO, ILLINOIS, and at all times relevant to this complaint were acting under authority of Illinois State law and the laws and ordinances and rules and regulations of the CITY OF CHICAGO, ILLINOIS.

## FACTS

7. On or about 1:00 a.m., on November 29, 2005 Plaintiffs were in their home at 165 N. LaPorte, Chicago, Illinois, a two flat building with a basement apartment.

8. Plaintiffs were not violating any law at the time and place above.

9. At that time and location Defendants, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, broke down the door of each apartment, and entered with guns drawn and pointed weapons at each Plaintiff and without consent searched their apartments.

10. Defendants, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR #

3

17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS. Never "knocked and announced" before breaking down the door to the apartment.

11. When Plaintiffs asked on what authority they were proceeding Defendants, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, answered that they had a warrant for someone other than any of the Plaintiffs and the warrant did not indicate what apartment unit was to be searched.

12. At all times relevant to this complaint Defendants, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS, were acting under the authority and specific directions of agents of Defendant, CITY OF CHICAGO, with specific directions based on the policies of the Defendant, CITY OF CHICAGO.

13. None of the Plaintiffs were engaged in any illegal activity.

14. No contraband found on the Plaintiff's premises.

4

15. Plaintiffs complained to the Chicago Police Department about the activities above.

16. After the improper search of the premises and after Plaintiffs complained, Defendant, THE CITY OF CHICAGO, filed a notice of violation and summons, Dept. of Buildings NOV# 506F067321 against Katherine young, the deceased co-owner with her husband, Plaintiff CLAY YOUNG of the premises at 165 N. LaPorte, Chicago, Docket no. 506F067321, alleging building code violations on December 5, 2005, six days after the police action.

17. Plaintiff CLAY YOUNG, received a letter concerning code violations the alleged violations which included violations for a broken exterior door which was the door broken in by the police; failure to post management signs and a loose toilet bowl from John E. Knight, Commissioner.

18. The letter stated, *inter alia*, "STF, working in conjunction with the Department of Law, Fire, Police and Health, strives to reduce crime and improve the quality of life in buildings throughout the City of Chicago. Typically, buildings that have been inspected by STF are those identified by the Police Department as locations associated with criminal activity."

19. Prior to the police action Plaintiff CLAY YOUNG had never received a building code violation in the 40 years he had owned the building at 165 N. LaPorte, Chicago.

20. Plaintiffs were assaulted and humiliated by DEFENDANTS, CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812,

CHICAGO POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS at the direction of agents of DEFENDANT CITY OF CHICAGO and with the consent and acquiescence and permission and direction of various agents of Defendant CITY OF CHICAGO, ILLINOIS either at the direction of or because of willful and wanton lack of supervision over its agents.

21. Plaintiff CLAY YOUNG, was retaliated against by Defendant CITY OF CHICAGO, for complaining about the actions by the Defendants.

22. Prior to the date of November 2005 and since then, there was in effect a federal law known as the Civil Rights Act of 1871, 42 U.S.C. 1983.

23. The actions outlined above by Defendants violated the Plaintiffs' rights against unreasonable search and seizure under the Civil Rights Act and the Fourth and Fourteenth amendments to the U.S. Constitution; The Illinois Constitution and Illinois law.

24. As a proximate result of Defendants' actions Plaintiffs were injured resulting in damages in the form of humiliation, emotional distress, attorney's fees and other injuries resulting in damages in amounts to be proven at trial.

WHEREFORE, Plaintiffs pray for judgment against Defendant CITY OF CHICAGO, ILLINOIS for compensatory damages and against DEFENDANTS CHICAGO POLICE OFFICER JOSE VAZQUEZ, STAR # 13088, CHICAGO POLICE OFFICER BIRMINGHAM, STAR # 9486, CHICAGO POLICE OFFICER TURNEY, STAR # 17812, CHICAGO

POLICE OFFICER CURRY, STAR # 1400, CHICAGO POLICE OFFICER SANCHEZ, STAR # 19244, and CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS for compensatory damages and punitive damages in amounts this court deems appropriate as well as reasonable attorney's fees and costs as permitted by 42 U.S.C. 1988 and for such other relief, legal or equitable, which this court deems appropriate.

Respectfully Submitted,

*/s/ Armand L. Andry*
Attorney for Plaintiffs

ARMAND L. ANDRY
Attorney No. 50528
One South Dearborn, Suite 2100
Chicago, Illinois 60603
773/626-3058