# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):**
CLAY YOUNG, WILLIE YOUNG, OLIVIA YOUNG, Individually and as Mother and Next Friend of BIANCA YOUNG, KATARINA YOUNG, as Mother and Next Friend of KATHERINE YOUNG, ALICIA YOUNG, DERRICK McKINLEY, and TOMMY JACKSON, minors, and MONTRELL YOUNG

**Defendant(s):**
CITY OF CHICAGO,
CHICAGO POLICE OFFICERS
JOSE VAZQUEZ #13088, BIRMINGHAM # 9486, TURNEY # 17812, CURRY # 1400, SANCHEZ # 19244 And CERTAIN NOW UNKNOWN CHICAGO POLICE OFFICERS

County of Residence: Cook

County of Residence: Cook

Amand L. Andry
One South Dearborn
Suite 2100
Chicago, IL 60603

Defendant's Atty:
David J. Seery
Chief Assistant Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle Suite 1020
Chicago, Il 60602

**II. Basis of Jurisdiction:**
3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff:- N/A

Defendant:- N/A

08CV426
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

**IV. Origin :** 2 Remove From State Court

**V. Nature of Suit:**
440 Other Civil Rights

VI. Cause of Action:

Fourth Amendment: unreasonable search and seizure claim pursuant to 42 U.S.C. § 1983

VII. Requested in Complaint

Class Action: No

Dollar Demand:$

Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: ___January 18, 2008___

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          **Revised: 06/28/00**