# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CLAY YOUNG, et al.

v.

CITY OF CHICAGO, et al.

Case Number: 08 C 426

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CLAY YOUNG, WILLIE YOUNG, OLIVIA YOUNG, KATHRINE YOUNG, BIANCA YOUNG, MONTRELL YOUNG, DERRICK McKINLEY, and TOMMY JACKSON,

| | |
|---|---|
| NAME (Type or print)<br>Armand L. Andry | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Armand L. Andry | |
| FIRM<br>Armand L. Andry & Associates | |
| STREET ADDRESS<br>One South Dearborn, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0056219 | TELEPHONE NUMBER<br>773/626-3058 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐