IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Clay Young, et al.,** | ) |
| Plaintiff, | ) 08 C 426 |
| v. | ) |
| | ) Judge Gettleman |
| **City of Chicago, et al.,** | ) |
| | ) Magistrate Judge Cox |
| Defendants. | ) |

**DEFENDANT CITY OF CHICAGO'S AGREED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant City of Chicago (the "City"), by its attorney Mara S. Georges, Corporation Counsel for the City, moves for an extension of time up to and including April 11, 2008, to answer or otherwise plead to plaintiffs' complaint. In support of this motion, the City states as follows:

1. On January 18, 2008, the City removed the above-captioned action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division.

2. The plaintiffs' complaint alleges federal claims under 42 U.S.C. § 1983 against the City of Chicago and named and unknown Chicago Police Officers.

3. The City needs additional time to investigate the allegations in plaintiffs' complaint and to compile the pertinent documents.

4. Plaintiff's counsel, Armand Andry, has no objection to the City's request for an extension of time to April 11, 2008 to answer or otherwise plead to the complaint.

5. This motion is not being brought for the purpose of delay or for any other improper purpose.

6. Plaintiff will not be prejudiced if the requested extension of time is granted.

**WHEREFORE**, Defendant City of Chicago respectfully requests that this Honorable Court grant it an extension of time up to and including April 11, 2008, to answer or otherwise plead to plaintiff's complaint.

                        Respectfully submitted,

                        MARA S. GEORGES
                        Corporation Counsel of the City of Chicago

BY:   /s/ Déja C. Nave
        DÉJA C. NAVE
        ROBERT C. RUTHERFORD
        Assistants Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951/742-7036

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 13, 2008, she caused to be served, by the Northern District of Illinois Electronic Case Filing System, a true and accurate copy of Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint, to the following person:

Armand Andry
Attorney at Law
One South Dearborn
Suite 2100
Chicago, Illinois 60603
armandandry@hotmail.com

/s/ *Déja C. Nave*
DÉJA C. NAVE
Assistant Corporation Counsel