IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Clay Young, et al.,** | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 426 |
| | ) | |
| v. | ) | |
| | ) | **Judge Gettleman** |
| **City of Chicago, et al.,** | ) | |
| | ) | **Magistrate Judge Cox** |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Armand Andry
         Attorney at Law
         One South Dearborn
         Suite 2100
         Chicago, Illinois 60603

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Gettleman or before such other Judge or Magistrate Judge sitting in his stead, on the 19th day of March, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 13th day of March 2008.

                                                       Respectfully submitted,

                                                       /s/ *Déja C. Nave*
                                                       DÉJA C. NAVE
                                                       Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951