IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLAY YOUNG, et al., | ) | |
| Plaintiff, | ) | 08 C 426 |
| v. | ) | |
| | ) | Judge Gettleman |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION
FOR LEAVE TO WITHDRAW COUNSEL**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this Court for leave to withdraw the appearances of Robert Rutherford and Déja Nave as attorneys of record, pursuant to Northern District of Illinois Local Rule 83.17. In support of this motion, the City states:

1. Assistants Corporation Counsel Robert Rutherford and Déja Nave currently have appearances on file on behalf of the City in the above-captioned matter.

2. Assistant Corporation Counsel Rita Moran, who filed her appearance on May 9, 2008, and Assistant Corporation Counsel Kathleen Manion, who filed her appearance on May 12, 2008, remain attorneys of record for the City.

3. The City respectfully requests that Robert Rutherford and Déja Nave be withdrawn as attorneys of record for the City.

4. This motion does not impact any current Court case schedules, and it is not being made for the purpose of delay or for any other improper purpose.

WHEREFORE, the defendant City of Chicago respectfully requests that the Court grant its motion for leave to withdraw the appearance of Déja Nave as counsel of record for the City, pursuant to Northern District of Illinois Local Rule 83.17.

        Respectfully submitted,

        MARA S. GEORGES
        Corporation Counsel of the
        City of Chicago

        s/ Déja C. Nave
        DÉJA C. NAVE
        ROBERT C. RUTHERFORD
        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951/2-7036

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on May 15, 2008, she electronically filed the Defendant City of Chicago's Motion for Leave to Withdraw Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter who are registered to receive notice through the CM/ECF system.

                                                By:   /s/ *Déja C. Nave*
                                                              DÉJA C. NAVE