**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CLAY YOUNG, et al., | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 426 |
| | ) | |
| v. | ) | |
| | ) | Judge Gettleman |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Armand Andry
       Attorney at Law
       One South Dearborn
       Suite 2100
       Chicago, Illinois 60603

       **PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Motion for Leave to Withdraw Counsel, a copy of which is attached hereto.

       **PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Gettleman or before such other Judge or Magistrate Judge sitting his stead, on the 22nd day of May, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

       **DATED** at Chicago, Illinois, this 15th day of May 2008.

                                        Respectfully submitted,

                                        s/ Déja C. Nave
                                        DEJA C. NAVE
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951