## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 426 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Clay Young, et al   Vs   City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's motion [14] for leave to withdraw the appearance of Deja Nave as its counsel is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|