UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLAY YOUNG, WILLIE YOUNG ) <br> OLIVIA YOUNG, Individually and as Mother ) <br> and Next Friend of BIANCA YOUNG, ) <br> KATARINA YOUNG, as Mother and Next ) <br> Friend of KATHERINE YOUNG, ) <br> ALICIA YOUNG, DERRICK McKINLEY, ) <br> and TOMMY JACKSON, minors, and ) <br> MONTRELL YOUNG, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CITY OF CHICAGO, ILLINOIS, CHICAGO ) <br> POLICE OFFICER JOSE VAZQUEZ, ) <br> STAR # 13088, CHICAGO POLICE ) <br> OFFICER BIRMINGHAM, STAR # 9486, ) <br> CHICAGO POLICE OFFICER TURNEY, ) <br> STAR # 17812, CHICAGO POLICE OFFICER ) <br> CURRY, STAR #1400, CHICAGO POLICE ) <br> OFFICER SANCHEZ, STAR # 19244, And ) <br> CERTAIN NOW UNKNOWN CHICAGO ) <br> POLICE OFFICERS, ) <br> ) <br> Defendants. ) | No. 08 C 0426 <br><br> Judge Gettleman <br><br> Magistrate Judge Cox <br><br> JURY DEMANDED |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:  Armand Andry
     One S. Dearborn
     Chicago, IL 60603
     (773)626-3058

    **PLEASE TAKE NOTICE** that on May 28, 2008, the City of Chicago, filed its **Motion to Withdraw Appearance of Robert C. Rutherford, Jr.** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Robert W. Gettleman, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1703, located at 219 S. Dearborn Street, on **Thursday, June 5, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 28th day of May, 2008.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MARA S. GEORGES<br>Corporation Counsel of the<br>City of Chicago |
| Employment Litigation<br>30 North LaSalle Street, Suite 1020<br>Chicago, Illinois 60602<br>(312) 742-7036 | By:  *s/ Robert C. Rutherford, Jr.*<br>ROBERT C. RUTHERFORD, Jr.<br>Assistant Corporation Counsel |