# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 426 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Clay Young vs City of Chicago | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's motion to withdraw the appearance of counsel Robert C. Rutherford, Jr. Is granted.

[Docketing to mail notice]

00:01

| | Courtroom Deputy | GDS |
|---|---|---|