# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Clay Young, et al.

                                Plaintiff,

v.                                              Case No.: 1:08−cv−00426
                                                Honorable Robert W. Gettleman

City of Chicago, Illinois, et al.

                                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision.( gds, ) Mailed notice.

Dated: June 25, 2008

                                                /s/ Robert W. Gettleman
                                    _____

                                                United States District Judge